IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>EDDIE WAYNE LOUTHIAN, SR. et al. ) | Case No. 1:12-CR-0002 |

### MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL KHOURI

COMES NOW Defendant Eddie Wayne Louthian, Sr., by counsel, pursuant to Local Rule 6(d), and hereby request admission of Michael Khouri *pro hac vice* in this case.  Michael Khouri is not qualified or licensed to practice under the laws of the Commonwealth of Virginia.  Mr. Khouri is licensed to practice and in good standing with the Supreme Court of the United States (1985), the United States Court of Appeals for the Ninth Circuit (1983), the United States District Courts for the Central District of California (1983), the Southern District of California (1981), the Western District of Texas (2008), the Northern District of Texas (1992), the Eastern District of Texas (2011), and the Northern District of Illinois (2011).  Mr. Khouri is also licensed to practice and in good standing with the Supreme Court of California and the Supreme Court of Texas.  Mr. Khouri will appear in association with Kathleen M. McCauley and William F. Demarest III, members of the bar of this Court.

Mr. Khouri has thirty-one (31) years of experience litigating criminal matters in Federal District Courts.  He has over ten (10) years as a CJA attorney.  Mr. Khouri has tried eleven (11) federal jury trials in the last seven (7) years.

Defendant has contemporaneously filed a Consent Order Granting Substitution of Attorney for the Court's entry. Upon granting that motion, Mr. Khouri will take over as lead counsel and will handle all hearings and trial in this matter.

**WHEREFORE** Defendants respectfully request that this Court grant *pro hac vice* admission to Michael Khouri in this matter.

**WHEREFORE** Defendants also request that this Court grant leave for Michael Khouri to appear at hearings and trials in the absence of the above identified associated members of the bar of this Court.

Respectfully submitted,

   /s/ William F. Demarest III
Kathleen M. McCauley (VSB# 39028)
William F. Demarest III (VSB# 78428)
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060
804-346-0600 (Phone)
804-346-5954 (Fax)
KMcCauley@goodmanallen.com
wdemarest@goodmanallen.com

And

Michael Khouri (Cal. Bar No. 97654)
Khouri Freisleben LLP
4040 Barranca Parkway, Suite 200
Irvine, CA 92604
949-336-2433 (Phone)
949-387-0044 (Fax)
mkhouri@khourilaw.com
(Attorney to be admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of March, 2012, I filed the foregoing with the clerk of the Court using the CM/ECF system, which will automatically send a notice of filing to the following counsel of record:

Vaso Tahmin Doubles
UNITED STATES ATTORNEYS OFFICE
P.O. Box 1709
Roanoke, VA 24008-1709
Vaso.doubles@usdoj.gov
*Counsel for Plaintiff*

Janine Marie Myatt
UNITED STATES ATTORNEYS OFFICE
Suite B19
180 West Main Street
Abingdon, VA 24210
USAVAW.ECFAbingdon@usdoj.gov
*Counsel for Plaintiff*

Daniel Robert Bieger
COPELAND & BIEGER PC
P.O. Box 1296
Abingdon, VA 24212
mail@copelandbieger.com
*Counsel for Defendant Eddie Wayne Louthian, Sr.*

Nancy Combs Dickenson
FEDERAL PUBLIC DEFENDERS OFFICE
201 Abingdon Place
Abingdon, VA 24211
Nancy_dickenson@fd.org
*Counsel for Defendant Monica Jane Hicks*

Robert Wayne Austin
SCYPHERS & AUSTIN, P.C.
189 East Valley Street
Abington, VA 24210
rwasa@eva.org
*Counsel for Defendant Saltville Rescue Squad, Inc.*

      /s/ William F. Demarest III
William F. Demarest III (VSB # 78428)
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060
804-346-0600 (Phone)
804-346-5954 (Fax)
WDemarest@goodmanallen.com